IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHON LARON FRIEND EL-BEY,　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　) 　　　1:18CV77
　　　　　　　　　　　　　　　　)
OFFICER PATRICK A. DAVENPORT,　 )
et al.,　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　 )

**ORDER**

On February 8, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) Plaintiff timely filed objections (Doc. 5) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's "Affidavit" (Doc. 2) is construed as a civil rights action pursuant to 42 U.S.C. § 1983, and that this action is hereby dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, correcting the defects set out in the Order and

Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of March, 2018.

_____
            United States District Judge